UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PREMIER ONE HOLDINGS, INC., ) | Case No. 2:14-cv-02128-GMN-NJK |
| Plaintiff(s), ) | |
| vs. ) | ORDER |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, et al., ) | |
| Defendant(s). ) | |

On December 23, 2014, Defendant Federal National Mortgage Association filed an answer. Docket No. 7. The Rule 26(f) conference was required to be held within 30 days after the first defendant's answer or appearance. *See* Local Rule 26-1(d) ("Counsel for plaintiff shall initiate the scheduling of the Fed. R. Civ. P. 26(f) meeting within thirty (30) days after the first defendant answers or otherwise appears"). The stipulated discovery plan was due 14 days thereafter. *See* Local Rule 26-1(d) ("Fourteen (14) days after the mandatory Fed. R. Civ. P. 26(f) conference, the parties shall submit a stipulated discovery plan and scheduling order"). As such, the stipulated discovery plan was due on February 6, 2015. The parties failed to timely file such a plan.

//
//
//
//
//

Accordingly, the Court hereby **SETS** a discovery conference for February 25, 2015, at 4:45 p.m. in Courtroom 3D.

IT IS SO ORDERED.

DATED: February 17, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge

2