# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PREMIER ONE HOLDINGS, INC., | Case No. 2:14-cv-02128-GMN-NJK |
| Plaintiff(s), | |
| vs. | ORDER |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, et al., | |
| Defendant(s). | |

The discovery plan in this case is overdue. *See* Docket No. 28. In light of that fact and in light of joint motions to stay discovery being filed in related cases, the Court set a discovery conference for February 25, 2015. *See id.* The Court hereby VACATES that hearing. Within seven days of the issuance of this order, the parties shall file either a proposed discovery plan or a request to stay discovery.

IT IS SO ORDERED.

DATED: February 20, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge