# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PREMIER ONE HOLDINGS, INC., <br><br> Plaintiff(s), <br><br> vs. <br><br> FEDERAL NATIONAL MORTGAGE ASSOCIATION, et al., <br><br> Defendant(s). | Case No. 2:14-cv-02128-GMN-NJK <br><br> ORDER GRANTING JOINT MOTION TO STAY DISCOVERY <br><br> (Docket No. 34) |

Pending before the Court is a joint motion to stay discovery pending resolution of the motion for summary judgment filed at Docket No. 30. *See* Docket No. 34. The Court has considered the joint motion in light of the goals of Rule 1 to "secure the just, speedy, and inexpensive" determination of all cases. For good cause shown, the motion to stay is hereby **GRANTED**. In the event resolution of the above motion for summary judgment does not result in the disposition of this case, the parties shall file a joint discovery plan within seven days of the issuance of the order resolving that motion.

IT IS SO ORDERED.

DATED: February 27, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge