NEIL B. DURRANT, ESQ.
Nevada Bar No. 7324
C. ROBERT PETERSON, ESQ.
Nevada Bar. No. 11680
WEIL & DRAGE, APC
2500 Anthem Village Drive
Henderson, NV  89052
(702) 314-1905 • Fax (702) 314-1909
ndurrant@weildrage.com
bpeterson@weildrage.com
Attorneys for Southern Terrace
Homeowner's Association

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PREMIER ONE HOLDINGS, INC., a Nevada Corporation,<br><br>      Plaintiff<br><br>vs.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION; FIRST AMERICAN TRUSTEE SERVICING SOLUTIONS, LLC; UNITED LEGAL SERVICES, INC.; DOES IX and ROE BUSINESS ENTITIES I-X, inclusive.<br><br>      Defendants,<br>And<br><br>FEDERAL HOUSING FINANCE AGENCY, as Conservator of the Federal National Mortgage Association,<br><br>      Intervenor. | Case No.: 2:14-cv-02128-GMN-NJK<br><br>**STIPULATION AND ORDER EXTENDING TIME TO OPPOSE FEDERAL HOUSING FINANCE AGENCY'S AND FEDERAL NATIONAL MORTGAGE ASSOCIATION'S MOTION FOR SUMMARY JUDGMENT (FIRST REQUEST)** |

| |
|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>                    Counterclaimant,<br><br>and<br><br>FEDERAL HOUSING FINANCE AGENCY, as Conservator of the Federal National Mortgage Association,<br><br>                    Intervenor.<br>vs.<br><br>PREMIER ONE HOLDINGS; and SOUTHERN TERRACE HOMEOWNER'S ASSOCIATION,<br>                    Counter-defendants. |

# STIPULATION AND ORDER EXTENDING TIME TO OPPOSE FEDERAL HOUSING FINANCE AGENCY'S AND FEDERAL NATIONAL MORTGAGE ASSOCIATION'S MOTION FOR SUMMARY JUDGMENT (FIRST REQUEST)

Plaintiff/Counterdefendant Premier One Holdings, Inc., by and through its attorney of record, the law firm of Hong & Hong, PLC, Defendant/Counterclaimant Federal National Mortgage Association, by and through its attorney of record, the law firm of Wright, Finlay & Zak, LLP, Intervenor Federal Housing Finance Agency, by and through its attorneys of record, the law firms of Fennemore Craig Jones Vargas and Arnold & Porter, and Southern Terrace Homeowner's Association, by and through its attorney of record, the law firm of Weil & Drage, APC do hereby stipulate to extend time for Premier One Holdings, Inc. and Southern Terrace Homeowner's Association to oppose Federal Housing Finance Agency's and Federal National Mortgage Association's Motion For Summary Judgment (Doc. # 30).

Premier One Holdings, Inc. and Southern Terrace Homeowner's Association's oppositions are currently due on March 23, 2015 (the stated opposition date of March 21, 2015 having fallen on a weekend). The parties stipulate to extend time to oppose the motion up to and including April 14, 2015.

The parties further stipulate to extend the time for Federal Housing Finance Agency and Federal National Mortgage Association to file a reply in support of their motion for summary

{00768861;1}        2

judgment through May 5, 2015.

DATED this 23rd day of March, 2015.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Dana Jonathon Nitz, Esq.*
Dana Jonathon Nitz, Esq. (SBN 0050)
Chelsea A. Crowton, Esq. (SBN (11547)
5532 S. Fort Apache Road, Suite 110
Las Vegas, NV 89148
Tel: 702-475-7964   Fax: 702-946-1345
dnitz@wrightlegal.net
ccrowton@wrightlegal.net
*Attorneys for Defendant and Counterclaimant Federal National Mortgage Association*

DATED this 23rd day of March, 2015.

FENNEMORE CRAIG JONES VARGAS

*/s/ Leslie Bryan Hart, Esq.*
Leslie Bryan Hart, Esq. (SBN 4932)
John D. Tennert, Esq. (SBN 11728)
300 E. Second St., Suite 1510
Reno, Nevada 89501
Tel: 775-788-2228   Fax: 775-788-2229
lhart@fclaw.com
jtennert@fclaw.com

DATED this 23rd day of March, 2015.

HONG & HONG, PLC

*/s/ Joseph Y. Hong, Esq.*
Joseph Y. Hong, Esq. (SBN 5995)
10781 W. Twain Ave.
Las Vegas, NV 89135
Tel: 702-870-1777   Fax: 702-870-0500
yosuphong@gmail.com
*Attorneys for Plaintiff and Counterdefendant Premier One Holdings, Inc.*

DATED this 23rd day of March, 2015.

ARNOLD & PORTER LLP

*/s/ Asim Varma, Esq.*
Asim Varma, Esq.
Howard N. Cayne, Esq.
Michael A.F. Johnson, Esq.
555 12th Street NW
Washington DC 20004
Tel: 202-942-5000   Fax: 202-942-5999
Asim.Varma@aporter.com
Howard.Cayne@aporter.com
Michael.Johnson@aporter.com
*Attorneys for Intervenor Federal Housing Finance Agency*

DATED this 23rd day of March, 2015.

WEIL & DRAGE, APC

*/s/ C. Robert Peterson, Esq.*
Neil B. Durrant, Esq.
C. Robert Peterson, Esq.
2500 Anthem Village Drive
Henderson, Nevada 89052
Tel: 702-314-1905   Fax: 702-314-1909
ndurrant@weildrage.com
bpeterson@weildrage.com
*Attorneys for Counterdefendant Southern Terrace Homeowners Association*

**IT IS SO ORDERED.**

_____
Gloria M. Navarro, Chief Judge
United States District Court

**DATED:  03/25/2015**

{00768861;1}        3