| | |
|---|---|
| 1 | WRIGHT, FINLAY & ZAK, LLP |
| 2 | Dana Jonathon Nitz, Esq. (SBN 0050)<br>Chelsea A. Crowton, Esq. (SBN 11547) |
| 3 | 5532 S. Fort Apache Road<br>Las Vegas, NV 89148 |
| 4 | Tel: 702-475-7964  Fax: 702-946-1345<br>*dnitz@wrightlegal.net; ccrowton@wrightlegal.net* |
| 5 | *Attorneys for Federal National Mortgage Association* |
| 6 | FENNEMORE CRAIG JONES VARGAS<br>Leslie Bryan Hart, Esq. (SBN 4932) |
| 7 | John D. Tennert, Esq. (SBN 11728)<br>300 S. Second St., Suite 1510 |
| 8 | Reno, Nevada 89501<br>Tel: 775-788-2228   Fax: 775-788-2229 |
| 9 | *lhart@fclaw.com; jtennert@fclaw.com* |
| 10 | ARNOLD & PORTER LLP<br>Asim Varma, Esq. |
| 11 | Howard N. Cayne, Esq.<br>Michael A.F. Johnson, Esq. |
| 12 | 555 12th Street NW<br>Washington, DC 20004 |
| 13 | Tel: (202) 942-5000   Fax: (202) 942-5999<br>*Asim.Varma@aporter.com; Howard.Cayne@aporter.com;* |
| 14 | *Michael.Johnson@aporter.com*<br>*Attorneys for Intervenor Federal Housing Finance Agency* |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| PREMIER ONE HOLDINGS, INC., a Nevada Corporation,<br><br>               Plaintiff<br>vs.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION; FIRST AMERICAN TRUSTEE SERVICING SOLUTIONS, LLC; UNITED LEGAL SERVICES, INC.; DOES IX and ROE BUSINESS ENTITIES I-X, inclusive.<br><br>               Defendants,<br>and<br><br>FEDERAL HOUSING FINANCE AGENCY, as Conservator of the Federal National Mortgage Association,<br><br>               Intervenor. | Case No.: 2:14-cv-02128-GMN-NJK<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR FEDERAL HOUSING FINANCE AGENCY AND FEDERAL NATIONAL MORTGAGE ASSOCIATION TO FILE THEIR REPLY IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT**<br><br>**(SECOND REQUEST)** |

FEDERAL NATIONAL MORTGAGE ASSOCIATION,

        Counterclaimant,

and

FEDERAL HOUSING FINANCE AGENCY, as Conservator of the Federal National Mortgage Association,

        Intervenor.

vs.

PREMIER ONE HOLDINGS; and SOUTHERN TERRACE HOMEOWNER'S ASSOCIATION,

        Counter-defendants.

Plaintiff/Counter-defendant Premier One Holdings, Inc., Defendant/Counterclaimant Federal National Mortgage Association ("Fannie Mae"), Intervenor Federal Housing Finance Agency ("FHFA"), and Counter-defendant Southern Terrace Homeowner's Association do hereby stipulate to extend the time for FHFA and Fannie Mae to submit their reply in support of their Motion For Summary Judgment (Doc. # 30).

FHFA and Fannie Mae's reply is currently due on May 5, 2015, pursuant to the prior extension granted in connection with Premier One and Southern Terrace's request for additional time to file oppositions to the Motion for Summary Judgment (Docs. # 38, 40). Due to other scheduling commitments of counsel involved in this case, FHFA and Fannie Mae request, and the other parties agree, to extend the deadline for the reply in support of the Motion for Summary Judgment to May 29, 2015.

| DATED this ___ day of April, 2015. | DATED this ___ day of April, 2015. |
|---|---|
| WRIGHT, FINLAY & ZAK, LLP | FENNEMORE CRAIG JONES VARGAS |
| */s/ Dana Jonathon Nitz, Esq.* | */s/ Leslie Bryan Hart, Esq.* |
| Dana Jonathon Nitz, Esq. (SBN 0050) | Leslie Bryan Hart, Esq. (SBN 4932) |
| Chelsea A. Crowton, Esq. (SBN (11547) | John D. Tennert, Esq. (SBN 11728) |
| 5532 S. Fort Apache Road, Suite 110 | 300 E. Second St., Suite 1510 |
| Las Vegas, NV 89148 | Reno, Nevada 89501 |
| Tel: 702-475-7964   Fax: 702-946-1345 | Tel: 775-788-2228   Fax: 775-788-2229 |
| dnitz@wrightlegal.net | lhart@fclaw.com |
| ccrowton@wrightlegal.net | jtennert@fclaw.com |
| *Attorneys for Defendant/Counterclaimant Federal National Mortgage Association* | *Attorneys for Intervenor Federal Housing Finance Agency* |

DATED this ___ day of April, 2015.

HONG & HONG, PLC

*/s/ Joseph Y. Hong, Esq.*
Joseph Y. Hong, Esq. (SBN 5995)
10781 W. Twain Ave.
Las Vegas, NV 89135
Tel: 702-870-1777   Fax: 702-870-0500
yosuphong@gmail.com
*Attorneys for Plaintiff/Counter-defendant Premier One Holdings, Inc.*

DATED this ___ day of April, 2015.

ARNOLD & PORTER LLP

*/s/ Asim Varma, Esq.*
Asim Varma, Esq.
Howard N. Cayne, Esq.
Michael A.F. Johnson, Esq.
555 12th Street NW
Washington DC 20004
Tel: 202-942-5000   Fax: 202-942-5999
Asim.Varma@aporter.com
Howard.Cayne@aporter.com
Michael.Johnson@aporter.com
*Attorneys for Intervenor Federal Housing Finance Agency*

DATED this ___ day of April, 2015.

WEIL & DRAGE, APC

*/s/ C. Robert Peterson, Esq.*
Neil B. Durrant, Esq.
C. Robert Peterson, Esq.
2500 Anthem Village Drive
Henderson, Nevada 89052
Tel: 702-314-1905   Fax: 702-314-1909
ndurrant@weildrage.com
bpeterson@weildrage.com
*Attorneys for Counter-defendant Southern Terrace Homeowners Association*

**IT IS SO ORDERED.**

_____
Gloria M. Navarro, Chief Judge
United States District Court

**DATED:  04/24/2015**

3
Stipulation And Order Extending Time For Federal Housing Finance Agency And Federal National Mortgage Association To File Their Reply (Second Request)