WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Chelsea A. Crowton, Esq.
Nevada Bar No. 11547
7785 W. Sahara Avenue, Ste. 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dnitz@wrightlegal.net
ccrowton@wrightlegal.net
*Attorneys for Defendant Federal National Mortgage Association*

**UNITED STATES DISTRICT COURT**
**DISTRICT NEVADA**

| | |
|---|---|
| PREMIER ONE HOLDINGS, INC.,<br>　　　　　Plaintiff,<br>vs.<br>FEDERAL NATIONAL MORTGAGE ASSOCIATION; et al.,<br>　　　　　Defendants,<br>and<br>FEDERAL HOUSING FINANCE AGENCY,<br>　　　　　Intervenor. | Case No.:  2:14-cv-02128-GMN-NJK<br><br>**STIPULATION TO DISMISS FANNIE MAE'S WRONGFUL FORECLOSURE AND INJUNCTIVE RELIEF COUNTERCLAIMS WITHOUT PREJUDICE** |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br>　　　　　Counterclaimant,<br>and<br>FEDERAL HOUSING FINANCE AGENCY,<br>　　　　　Intervenor,<br>vs.<br>PREMIER ONE HOLDINGS; and SOUTHERN TERRACE HOMEOWNER'S ASSOCIATION,<br>　　　　　Counter-defendants.. | |

　　　Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff/Counter-defendant Premier One Holdings, Inc., Defendant/Counterclaimant Federal National Mortgage Association ("Fannie Mae"), Intervenor Federal Housing Finance Agency ("FHFA"), and Counter-defendant Southern Terrace Homeowner's Association, hereby stipulate that Fannie Mae's injunctive relief counterclaim against Plaintiff, Fannie Mae's wrongful foreclosure

1  counterclaim against Southern Terrace Homeowner's Association, and Fannie Mae's

2  counterclaims against all fictitious Counter-Defendants, sued as "Does I-XX and Roe

3  Corporations I-XX, inclusive," are dismissed without prejudice.

4  DATED this 1st day of October, 2015.

5  WRIGHT, FINLAY & ZAK, LLP                FENNEMORE CRAIG, P.C.

6   /s/ Dana Jonathon Nitz                   /s/ Leslie Bryan Hart
7  Dana Jonathon Nitz, Esq. (SBN 0050)      Leslie Bryan Hart, Esq. (SBN 4932)
   Chelsea A. Crowton, Esq. (SBN (11547)    John D. Tennert, Esq. (SBN 11728)
8  5532 S. Fort Apache Road, Suite 110      300 E. Second St., Suite 1510
   Las Vegas, NV 89148                      Reno, Nevada 89501
9  Tel: 702-475-7964 Fax: 702-946-1345      Tel: 775-788-2228 Fax: 775-788-2229
10 dnitz@wrightlegal.net                    lhart@fclaw.com
   ccrowton@wrightlegal.net                 jtennert@fclaw.com
11 *Attorneys for Defendant/Counterclaimant* *Attorneys for Intervenor Federal Housing*
12 *Federal National Mortgage Association*  *Finance Agency*

13 HONG & HONG, PLC                         ARNOLD & PORTER LLP

14  /s/ Joseph Y. Hong                       /s/ Asim Varma
15 Joseph Y. Hong, Esq. (SBN 5995)          Asim Varma, Esq.
   10781 W. Twain Ave.                      Howard N. Cayne, Esq.
16 Las Vegas, NV 89135                      Michael A.F. Johnson, Esq.
   Tel: 702-870-1777 Fax: 702-870-0500      555 12th Street NW
17 yosuphong@gmail.com                      Washington DC 20004
18 *Attorneys for Plaintiff/Counter-defendant* Tel: 202-942-5000 Fax: 202-942-5999
   *Premier One Holdings, Inc.*             Asim.Varma@aporter.com
19                                          Howard.Cayne@aporter.com
                                            Michael.Johnson@aporter.com
20 WEIL & DRAGE, APC                        *Attorneys for Intervenor Federal Housing*
21                                          *Finance Agency*
    /s/ C. Robert Peterson
22 Neil B. Durrant, Esq.
   C. Robert Peterson, Esq.
23 2500 Anthem Village Drive
24 Henderson, Nevada 89052
   Tel: 702-314-1905 Fax: 702-314-1909       IT IS SO ORDERED.
25 ndurrant@weildrage.com
   bpeterson@weildrage.com
26 *Attorneys for Counter-defendant Southern*  _____
27 *Terrace Homeowners Association*          Gloria M. Navarro, Chief Judge
                                             United States District Court
28
                                             **DATED:** 10/01/2015